**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANGEL MAY RIDER, et al.,**<br>***Plaintiffs,***<br>**v.**<br>**PRIME PROPERTY & CASUALTY INSURANCE COMPANY, INC., et al.,**<br>***Defendants.*** | **Civil Action No. 26-5680(MCA)**<br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiffs motion to remand, ECF No. 21;

and it appearing that Judge Allen issued a Report and Recommendation dated July 20, 2026, in which Judge Allen recommended that this Court deny Plaintiff's motion to remand, ECF No. 37; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Allen's Report and Recommendation;

**IT IS** on this 22nd day of September, 2026,

**ORDERED** that Judge Allen's Report and Recommendation dated July 20, 2026 is **ADOPTED** and Plaintiff's motion is **DENIED.**

***s/ Madeline Cox Arleo***
**Hon. Madeline Cox Arleo**
**United States District Judge**